## Appearance of Counsel

Appeal No.: **25-5853**

Case Title: **USA** vs. **Emmitt Martin, III, et al**

List all clients you represent in this appeal:

**Justin Smith**

- ☐ Appellant
- ☑ Appellee
- ☐ Petitioner
- ☐ Respondent
- ☐ Amicus Curiae
- ☐ Intervenor
- ☐ Criminal Justice Act (Appointed)

☑ Check if a party is represented by more than one attorney.
☑ Check if you are lead counsel.

**If you are substituting for another counsel, include that attorney's name here**:

By filing this form, I certify my admission and/or eligibility to file in this court.

Attorney Name: **David W. Camp**   Signature: s/ **David W. Camp**

Firm Name: **Camp & Camp Law Firm**

Business Address: **403 N. Parkway Ste. 201**

City/State/Zip: **Jackson, TN 38305**

Telephone Number (Area Code): **731-664-4499**

Email Address: **david@campattorney.net**

Please ensure your contact information above matches your PACER contact information. If necessary, update your PACER account.

### CERTIFICATE OF SERVICE

The electronic signature above certifies that all parties or their counsel of record have been electronically served with this document as of the date of filing.