**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 06, 2025

Mr. Blake D. Ballin
Mr. David W. Camp
Ms. Greta Alyse Gieseke
Mr. Kathryn E. Gilbert
Mr. Stephen Ross Johnson
Mr. William D. Massey
Mr. John Keith Perry Jr.
Mr. Michael J. Stengel
Mr. Martin W. Zummach

Re:  Case No. 25-5853/25-5879/25-5880, *USA v. Emmitt Martin, III, et al*
     Originating Case No. : 2:23-cr-20191

Dear Counsel,

   The captions for these appeals have been updated. Please use the attached amended caption for all future filings.

                                        Sincerely yours,

                                        s/Kelly Stephens
                                        Appeal Case Manager: Ryan
                                        Direct Dial No. 513-564-7079

Enclosure

**AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 25-5853/25-5879/25-5880**

UNITED STATES OF AMERICA

    Plaintiff - Appellant Cross-Appellee

v.

EMMITT MARTIN, III, TADARRIUS BEAN, DESMOND MILLS, JR.

    Defendants - Appellees    [25-5853 only]

DEMETRIUS HALEY

    Defendant - Appellee Cross-Appellant    [25-5853 25-5879]

JUSTIN SMITH

    Defendant - Appellee Cross-Appellant [25-5853 25-5880]