## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 27, 2025

Mr. David W. Camp
Ms. Greta Alyse Gieseke
Mr. Stephen Ross Johnson
Mr. William D. Massey
Ms. Katherine McCallister
Mr. William Joshua Morrow
Mr. John Keith Perry Jr.
Mr. Michael J. Stengel
Mr. Martin W. Zummach

Re: Case No. 25-5853/25-5879/25-5880/25-5901/25-5907
    *USA v. Emmitt Martin, III, et al*
    Originating Case No. 2:23-cr-20191-001

Dear Counsel,

    The caption for this set of cross appeals has been updated. Please use the attached amended caption for all future filings.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079

Enclosure

**AMENDED OFFICIAL COURT OF APPEALS CAPTION FOR 25-5853/25-5879/25-5880/25-5901/25-5907**

UNITED STATES OF AMERICA

    Plaintiff - Appellant Cross-Appellee

v.

EMMITT MARTIN, III

    Defendant - Appellee Cross-Appellant    [25-5853 25-5907]

DEMETRIUS HALEY

    Defendant - Appellee Cross-Appellant    [25-5853 25-5879]

JUSTIN SMITH

    Defendant - Appellee Cross-Appellant [25-5853 25-5880]

TADARRIUS BEAN

    Defendant - Appellee Cross-Appellant [25-5853 25-5901]