IN THE UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

UNITED STATES OF AMERICA,

    Plaintiff-Appellant Cross-Appellee,

v.

EMMITT MARTIN, III,

    Defendant-Appellee Cross-Appellant [25-5853 25-5907]

DEMETRIUS HALEY

    Defendant-Appellee Cross-Appellant [25-5853 25-5879]

JUSTIN SMITH

    Defendant-Appellee Cross-Appellant [25-5853 25-5880]

TADRRIUS BEAN

    Defendant-Appellee Cross-Appellant [25-5853 25-5901]

---

**MOTION TO WITHDRAW**

---

    COMES NOW the undersigned counsel, pursuant to Local Rule 83.5 of the Western District of Tennessee, and files this motion to withdraw as counsel on behalf of the United States of America in this cause and be removed from the distribution list.

Respectfully submitted,

D. MICHAEL DUNAVANT
UNITED STATES ATTORNEY
WESTERN DISTRICT OF TENNESSEE

By:  s/William Joshua Morrow
WILLIAM JOSHUA MORROW
TN No. 026779
Assistant United States Attorney
109 South Highland Avenue, Suite 300
Jackson, Tennessee 38301
(731) 422-6220
Josh.Morrow@usdoj.gov

CERTIFICATE OF SERVICE

I, WILLIAM JOSHUA MORROW, do hereby certify that a true and exact copy of the foregoing motion has been electronically submitted to all counsel of record.

This the 6th day of November, 2025.

s/William Joshua Morrow
WILLIAM JOSHUA MORROW
TN No. 026779
Assistant United States Attorney