**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: November 18, 2025

Mr. David W. Camp
Ms. Greta Alyse Gieseke
Ms. Karen Hartridge
Office of the U.S. Attorney
Mr. Stephen Ross Johnson
Mr. William D. Massey
Ms. Katherine McCallister
Mr. William Joshua Morrow
Mr. John Keith Perry Jr.
Mr. Michael J. Stengel
Mr. Martin W. Zummach

Re: Case No. 25-5853/25-5879/25-5880/25-5901/25-5907
*USA v. Emmitt Martin, III, et al*
Originating Case No. 2:23-cr-20191-001

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss. When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079