## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens  
Clerk

100 EAST FIFTH STREET, ROOM 540  
POTTER STEWART U.S. COURTHOUSE  
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000  
www.ca6.uscourts.gov

Filed: December 03, 2025

Ms. Katherine McCallister  
U.S. Department of Justice  
Civil Rights Division, Appellate Section  
Ben Franklin Station  
P.O. Box 14403  
Washington, DC 20044-4403

Re: Case No. 25-5853/25-5879/25-5880/25-5901/25-5907  
*USA v. Emmitt Martin, III, et al*  
Originating Case No. 2:23-cr-20191-001

Dear Counsel,

The motion for an extension of time to file a reply is granted. The deadline to file a reply is now December 15, 2025.

Sincerely yours,

s/Kelly Stephens

Appeal Case Manager: Ryan  
Direct Dial No. 513-564-7079

cc: Mr. David W. Camp  
    Ms. Greta Alyse Gieseke  
    Ms. Karen Hartridge  
    Mr. Stephen Ross Johnson  
    Mr. William D. Massey  
    Mr. William Joshua Morrow  
    Mr. John Keith Perry Jr.  
    Mr. Michael J. Stengel  
    Mr. Martin W. Zummach