## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: December 08, 2025

Mr. David W. Camp
Law Office of David Camp
403 N. Parkway
Suite 201
Jackson, TN 38305

Re: Case No. 25-5853/25-5879/25-5880/25-5901/25-5907
*USA v. Emmitt Martin, III, et al*
Originating Case No. 2:23-cr-20191-001

Dear Sir,

The motion for an extension of time to file a response to the motion to dismiss is granted. The response filed on December 8, 2025 is timely.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Ryan
Direct Dial No. 513-564-7079

cc: Ms. Greta Alyse Gieseke
    Ms. Karen Hartridge
    Mr. Stephen Ross Johnson
    Mr. William D. Massey
    Ms. Katherine McCallister
    Mr. William Joshua Morrow
    Mr. John Keith Perry Jr.
    Mr. Michael J. Stengel
    Mr. Martin W. Zummach